IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-310-BO-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| SAMUEL LEE COOPER, JR. | ) | |

This matter is before the Court on Defendant's Pro Se Motion for Speedy Trial [DE 6], Pro Se Motion for Speedy Trial [DE 13], and Pro Se Motion to Dismiss Case on Speedy Trial [DE 14]. Because Ms. Sherri R. Alspaugh has recently entered a notice of appearance in this matter [DE 21] and Mr. Cooper is now represented by counsel, these pro se motions are DENIED WITHOUT PREJUDICE, with permission for Mr. Cooper to refile these motions through counsel, if appropriate.

SO ORDERED, this the 16 day of April, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE